```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
                                                               :
LATERAL RECOVERY LLC et al,                                    :
                                                               :
                        Plaintiffs,                            :
                                                               :         22-cv-10414 (LJL)
        -v-                                                    :
                                                               :              ORDER
HFH CAPITAL LLC et al,                                         :
                                                               :
                        Defendants.                            :
                                                               :
---------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/06/2023

LEWIS J. LIMAN, United States District Judge:

The Court has received the proposed notice of voluntary dismissal as to Defendants Israel Wasserman and HFH CAPITAL LLC, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Dkt. Nos. 16, 17. Rule 41 addresses dismissal of actions rather than dismissal of parties. Treating the application as addressed to the Court's power under Rule 15 or Rule 21 or its inherent power, the Court will dismiss the complaint as against Defendant Defendants Israel Wasserman and HFH CAPITAL LLC without prejudice and with each party to bear their own costs and fees.

The Clerk of Court is respectfully directed to terminate Defendants Israel Wasserman and HFH CAPITAL LLC.

SO ORDERED.

Dated: January 6, 2023
       New York, New York                    _____
                                                    LEWIS J. LIMAN
                                             United States District Judge