```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
LATERAL RECOVERY LLC et al,                                       :
                                                                  :
                        Plaintiffs,                               :
                                                                  :     22-cv-10414 (LJL)
        -v-                                                       :
                                                                  :     ORDER
HFH CAPITAL FUNDING LLC et al,                                    :
                                                                  :
                        Defendants.                               :
                                                                  :
------------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

The Court has received the proposed notice of voluntary dismissal as to Defendant HFH Capital Funding LLC d/b/a HFH CAP, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Dkt. No. 20. Rule 41 addresses dismissal of actions rather than dismissal of parties. Treating the application as addressed to the Court's power under Rule 15 or Rule 21 or its inherent power, the Court will dismiss the complaint as against Defendant Capital Funding LLC d/b/a HFH CAP with prejudice and with each party to bear their own costs and fees.

The Clerk of Court is respectfully directed to terminate Defendant Capital Funding LLC d/b/a HFH CAP.

SO ORDERED.

Dated: February 6, 2023
       New York, New York                       _____
                                                         LEWIS J. LIMAN
                                                   United States District Judge